UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DOUGLAS EUGENE HUEY,

       Petitioner,

v.

SHANE JACKSON,

       Respondent.

_____/

Case No. 1:19-cv-934

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  December 17, 2019          /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge