UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DOUGLAS EUGENE HUEY,

        Petitioner,

v.

SHANE JACKSON,

        Respondent.
_____/

Case No. 1:19-cv-934

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  December 17, 2019        /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                         United States District Judge